Colin H. Murray (State Bar No. 159142)
colin.murray@bakermckenzie.com
Anne M. Kelts (State Bar No. 298710)
anne.kelts@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: +1 415 576 3000
Facsimile: +1 415 576 3099

John E. Joiner (admitted *Pro Hac Vice*)
jjoiner@wc.com
William P. Ashworth (admitted *Pro Hac Vice*)
washworth@wc.com
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 434 5000
Facsimile: +1 202 434 5029

Attorneys for Defendants
SPRINT SOLUTIONS, INC. and
NEXTEL OF CALIFORNIA, INC.
[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CITY OF LOS ANGELES, *ex rel.* RICHARD KNUDSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> SPRINT SOLUTIONS, INC.; NEXTEL OF CALIFORNIA, INC., D/B/A NEXTEL COMMUNICATIONS AND SPRINT NEXTEL; and DOES 1-10, <br><br> Defendants. | Case No. 2:17-cv-00811-TLN-AC <br><br> **Date Action Was Transferred from Central District of California: April 18, 2017** <br><br> **JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND** <br><br> **Judge: Hon. Troy L. Nunley** <br> **Courtroom: 2, 15th Floor** <br><br> **Trial Date: None set** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

Case No. 2:17-cv-00811-TLN-AC
JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND

**WHEREAS** on October 29, 2019, the Court granted in part and denied in part the Motion to Dismiss Plaintiff City of Los Angeles's Consolidated Complaint in Intervention filed by Defendants Sprint Solutions, Inc. and Nextel of California, Inc., D/B/A Nextel Communications and Sprint Nextel (hereinafter "Sprint") (Order of ECF No. 99); and

**WHEREAS** on November 7, 2019, the Court entered a Minute Order on the Docket directing that "Plaintiff shall file an amended complaint in compliance with the Court's order [on the Motion to Dismiss] not later than fourteen (14) days from the date of this Minute Order";

**WHEREAS** this is the second Stipulation in the case requesting an extension of time to respond to the complaint, the first such stipulation having been filed on December 1, 2016, and granted by order of December 5, 2016;

**IT IS HEREBY STIPULATED** by and between the parties and their undersigned counsel that the time for Sprint to respond be and hereby is extended as follows:

1. If Plaintiff files an amended complaint in compliance with the Court's minute order, Sprint shall answer, move, or otherwise respond to the Amended Consolidated Complaint in Intervention by no later than thirty (30) days from the date of the filing of the Amended Consolidated Complaint in Intervention.

2. If Plaintiff does not file an amended complaint, Sprint shall answer the Consolidated Complaint in Intervention by no later than December 13, 2019.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

Dated:  November 12, 2019

**BAKER & McKENZIE LLP**
Colin H. Murray
Anne M. Kelts

**ERISE IP, P.A.**
Mark McGrory

**WILLIAMS & CONNOLLY LLP**
John E. Joiner
William P. Ashworth

By: /s/ William P. Ashworth
     William P. Ashworth

*Attorneys for Defendants*
*Sprint Solutions, Inc. and*
*Nextel of California, Inc.*

Dated:  November 12, 2019

**COTCHETT, PITRE & McCARTHY LLP**
Niall P. McCarthy
Eric J. Buescher

By: /s/ Eric J. Buescher
     Eric J. Buescher

*Attorneys for Plaintiff City of Los Angeles*

# ATTESTATION

I, William P. Ashworth, attest that I am one of the attorneys for the Sprint Defendants, and as the ECF user and filer of this document, I attest that the authorization and the concurrence in the filing of this document were obtained from its signatories on November 12, 2019.

Date:  November 12, 2019

/s/ William P. Ashworth
William P. Ashworth

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

2

Case No. 2:17-cv-00811-TLN-AC
JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND

**CITY OF LOS ANGELES,** *ex rel.* **RICHARD KNUDSEN v. SPRINT SOLUTIONS, INC.,**
**U.S. District Court For The Eastern District Of California - Case No. 2:17-CV-0811-TLN-AC**

<u>**ORDER**</u>

**IT IS SO ORDERED.**

Date: November 13, 2019

_____
Troy L. Nunley
United States District Judge

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000