Colin H. Murray (State Bar No. 159142)
colin.murray@bakermckenzie.com
Anne M. Kelts (State Bar No. 298710)
anne.kelts@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone:  +1 415 576 3000
Facsimile:  +1 415 576 3099

John E. Joiner (admitted *Pro Hac Vice*)
jjoiner@wc.com
William P. Ashworth (admitted *Pro Hac Vice*)
washworth@wc.com
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C.  20005
Telephone:  +1 202 434 5000
Facsimile:   +1 202 434 5029

Attorneys for Defendants
SPRINT SOLUTIONS, INC. and
NEXTEL OF CALIFORNIA, INC.
[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CITY OF LOS ANGELES, *ex rel.* RICHARD KNUDSEN,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>SPRINT SOLUTIONS, INC.; NEXTEL OF CALIFORNIA, INC., D/B/A NEXTEL COMMUNICATIONS AND SPRINT NEXTEL; and DOES 1-10,<br><br>　　　　　　Defendants. | **Case No. 2:17-cv-00811-TLN-AC**<br><br>**Date Action Was Transferred from Central District of California: April 18, 2017**<br><br>[~~**PROPOSED**~~] **SUPPLEMENTAL STIPULATION AND PROTECTIVE ORDER REGARDING PRODUCTION OF CERTAIN CUSTOMER INFORMATION**<br><br>**Judge:**　 Hon. Troy L. Nunley<br>**Trial Date:** None set |

Baker & McKenzie LLP
Two Embarcadero Center,
11th Floor
San Francisco, CA  94111
+1 415 576 3000

CASE NO. 2:17-cv-0811-TLN-AC
[PROPOSED] SUPPLEMENTAL STIPULATION AND PROTECTIVE ORDER

**[~~PROPOSED~~] STIPULATION & PROTECTIVE ORDER**

WHEREAS Plaintiff City of Los Angeles has served on Defendants Sprint Solutions, Inc. and Nextel of California, Inc., d/b/a Nextel Communications and Sprint Nextel ("Defendants") Requests for Production of Documents;

WHEREAS Defendants have agreed to produce relevant, responsive, non-privileged documents in accordance with the parties' ongoing meet and confers, some of which may contain information subject to confidentiality limitations;

WHEREAS the parties wish to facilitate the exchange of relevant, responsive, non-privileged information and documents which may be subject to such confidentiality limitations;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that:

1. *Definitions*. Capitalized terms not otherwise defined in this Supplemental Stipulation & Protective Order are defined in the Protective Order, Dkt. 88, entered on August 15, 2017, Dkt. 90.

    a. *Other Customer Documents.* Other Customer Documents means documents containing certain information related to customers of Defendants other than Plaintiffs, including, for example, documents containing information related to both Plaintiffs and other customers of Defendants. Other Customer Documents contain information that may be protected from disclosure by (1) the restrictions on the production of Customer Proprietary Network Information ("CPNI"), as defined by 47 U.S.C. § 222(h); (2) section 2891 of the California Public Utility Code; (3) provisions of Defendants' contracts with their Other Customers; and (4) other similar laws or provisions restricting dissemination of personal or confidential information.

2. *Production of Other Customer Documents.* Subject to and without waiving any objections, Defendants may produce relevant, responsive, non-privileged Other Customer Documents. Subject to and without waiving any objections, including but not limited to relevance, Defendants will label or mark Other Customer Documents as "Highly Confidential" documents

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

CASE NO. 2:17-cv-0811-TLN-AC
[PROPOSED] SUPPLEMENTAL STIPULATION AND PROTECTIVE ORDER

under the Protective Order in this action, subject to all terms of the existing Protective Order, including but not limited to Plaintiffs' right to challenge the confidentiality designation of any document produced.

**IT IS SO AGREED UPON AND STIPULATED.**

Dated:  November 24, 2020         **WILLIAMS & CONNOLLY LLP**
                                  John E. Joiner
                                  William P. Ashworth

                                  **BAKER & McKENZIE LLP**
                                  Colin H. Murray
                                  Anne M. Kelts


                                  By: *../s/ William P. Ashworth*
                                      William P. Ashworth
                                  Attorneys for Sprint Defendants
                                   SPRINT SOLUTIONS, INC. and
                                  NEXTEL OF CALIFORNIA, INC.

Dated:  November 24, 2020         **COTCHETT PITRE & MCCARTHY, LLP**


                                  By: */s/ Eric J. Buescher*
                                      Eric J. Buescher
                                  Attorneys for Plaintiff
                                  CITY OF LOS ANGELES

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

CASE NO. 2:17-cv-0811-TLN-AC
[PROPOSED] SUPPLEMENTAL STIPULATION AND PROTECTIVE ORDER

**ATTESTATION**

I, William P. Ashworth, attest that I am one of the attorneys for the Sprint Defendants, and as the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Date: November 24, 2020         *./s/ William P. Ashworth*
                                William P. Ashworth

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

**CITY OF LOS ANGELES, *ex rel.* RICHARD KNUDSEN v. SPRINT SOLUTIONS, INC.,**
**U.S. District Court For The Eastern District Of California - Case No. 2:17-CV-0811-TLN-AC**

### ORDER

**IT IS SO ORDERED.**

DATED: November 30, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

CASE NO. 2:17-cv-0811-TLN-AC
[PROPOSED] SUPPLEMENTAL STIPULATION AND PROTECTIVE ORDER