Colin H. Murray (State Bar No. 159142)
 colin.murray@bakermckenzie.com
Anne M. Kelts (State Bar No. 298710)
 anne.kelts@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone:  +1 415 576 3000
Facsimile:   +1 415 576 3099

John E. Joiner (admitted *Pro Hac Vice*)
 jjoiner@wc.com
William P. Ashworth (admitted *Pro Hac Vice*)
 washworth@wc.com
Anna K. Tsiotsias (State Bar No. 319520)
 atsiotsias@wc.com
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C.  20005
Telephone:  +1 202 434 5000
Facsimile:   +1 202 434 5029

Attorneys for Defendants
SPRINT SOLUTIONS, INC. and
NEXTEL OF CALIFORNIA, INC.
[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CITY OF LOS ANGELES, *ex rel.* RICHARD KNUDSEN,<br><br>           Plaintiffs,<br><br>    vs.<br><br>SPRINT SOLUTIONS, INC.; NEXTEL OF CALIFORNIA, INC., D/B/A NEXTEL COMMUNICATIONS AND SPRINT NEXTEL; and DOES 1-10,<br><br>           Defendants. | **Case No. 2:17-cv-00811-TLN-AC**<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>**Judge:**     Hon. Troy L. Nunley<br>**Courtroom: 2, 15th Floor**<br><br>**Trial Date:**  None set |

## JOINT STIPULATION AND ORDER SETTING CASE SCHEDULE

**WHEREAS** on April 28, 2020 the Court entered a Pretrial Scheduling Order setting the discovery and dispositive motion deadlines for the above-captioned case;

**WHEREAS**, document production in this matter involves locating, reviewing and producing over 13 years of records from the parties as well as substantial third-party discovery;

**WHEREAS**, the parties have worked diligently to move discovery forward, and have made substantial progress, but need more time to complete discovery due to the ongoing impact of the COVID-19 pandemic;

**WHEREAS**, the parties have also discussed ways to streamline the cost and expense of the expert reports in this litigation and believe bifurcating damages quantification analysis will assist them in preparing dispositive motions in a cost effective manner and in pursuing potential resolution of these claims;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their undersigned counsel, subject to the approval of the Court, that the pretrial scheduling order will be modified as follows:

| Event | Deadline |
| --- | --- |
| Close of Fact Discovery | November 17, 2021 |
| Opening expert reports for parties with the burden of proof (excluding reports related to the quantification of damages) | December 17, 2021 |
| Responsive expert reports (excluding reports related to the quantification of damages) | February 1, 2022 |
| Close of expert discovery | March 1, 2022 |
| Dispositive Motion Hearing Deadline | **May 5, 2022** |
| Expert disclosures and discovery related to the quantification of damages | Following the Court's Ruling on Motions for Summary Judgment |

Dated:  April 2, 2021            **BAKER & McKENZIE LLP**
Colin H. Murray
Anne M. Kelts

**WILLIAMS & CONNOLLY LLP**
John E. Joiner
William P. Ashworth

By:  /s/ *William P. Ashworth*
      William P. Ashworth

*Attorneys for Defendants*
*Sprint Solutions, Inc. and*
*Nextel of California, Inc.*

Dated:  April 2, 2021            **COTCHETT, PITRE & McCARTHY LLP**
Niall P. McCarthy
Eric J. Buescher

By:  /s/ *Eric J. Buescher*
      Eric J. Buescher

*Attorneys for Plaintiff City of Los Angeles*

## **ORDER**

**IT IS SO ORDERED.**

Dated:  April 2, 2021

Troy L. Nunley
United States District Judge