1  Colin H. Murray (State Bar No. 159142)
       colin.murray@bakermckenzie.com
2  Anne M. Kelts (State Bar No. 298710)
       anne.kelts@bakermckenzie.com
3  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
4  San Francisco, CA  94111-3802
   Telephone:  +1 415 576 3000
5  Facsimile:  +1 415 576 3099

6  John E. Joiner (admitted *Pro Hac Vice*)
       jjoiner@wc.com
7  William P. Ashworth (admitted *Pro Hac Vice*)
       washworth@wc.com
8  **WILLIAMS & CONNOLLY LLP**
   725 Twelfth Street, N.W.
9  Washington, D.C.  20005
   Telephone:  +1 202 434 5000
10 Facsimile:   +1 202 434 5029

11 Attorneys for Defendants
   SPRINT SOLUTIONS, INC. and
12 NEXTEL OF CALIFORNIA, INC.
   [Additional counsel on signature page]

13
                    UNITED STATES DISTRICT COURT
14
                    EASTERN DISTRICT OF CALIFORNIA
15
                        SACRAMENTO DIVISION
16

17

18 CITY OF LOS ANGELES, *ex rel.* RICHARD      **Case No. 2:17-cv-00811-TLN-AC**
   KNUDSEN,
19                                             **Date Action Was Transferred from**
             Plaintiffs,                       **Central District of California:**
20                                             **April 18, 2017**
          vs.
21                                             **STIPULATION AND ORDER TO STAY**
   SPRINT SOLUTIONS, INC.; NEXTEL OF           **DISCOVERY**
22 CALIFORNIA, INC., D/B/A NEXTEL
   COMMUNICATIONS AND SPRINT                   **Judge:      Hon. Troy L. Nunley**
23 NEXTEL; and DOES 1-10,                      **Courtroom: 2, 15th Floor**

24             Defendants.                     **Trial Date:  None set**

25

26

27

28
                                                          Case No. 2:17-cv-00811-TLN-AC
                                           JOINT STIPULATION AND ORDER TO STAY DISCOVERY

1

### STIPULATION TO STAY DISCOVERY

2

   **WHEREAS** Defendants Sprint Solutions, Inc., Nextel of California, Inc., D/B/A Nextel

3

Communications and Sprint Nextel, Plaintiff City of Los Angeles, and Relator Richard Knudsen

4

(together, the Parties) have reached a settlement in principle in the above-captioned case;

5

   **WHEREAS**, the Parties are in the process of negotiating and executing a final settlement

6

agreement;

7

   **WHEREAS**, the Parties agree that all discovery should be stayed until the Parties execute a

8

final settlement agreement;

9

   **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their

10

undersigned counsel, subject to the approval of the Court, that all discovery is stayed until the Parties

11

execute a final settlement agreement.  It is further stipulated and agreed that, should the Parties fail

12

to reach a final settlement agreement, the Parties will meet and confer on an amended discovery

13

schedule and will convey their proposed schedule (or competing proposals) to the Court.

14

15

 Dated: August 4, 2021

**BAKER & McKENZIE LLP**
Colin H. Murray
Anne M. Kelts

16

17

**WILLIAMS & CONNOLLY LLP**
John E. Joiner
William P. Ashworth

18

19

By: /s/ William P. Ashworth
      William P. Ashworth

20

21

*Attorneys for Defendants*
*Sprint Solutions, Inc. and*
*Nextel of California, Inc.*

22

23

24

25

26

27

28

1

1

2
Dated:  August 4, 2021

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COTCHETT, PITRE & McCARTHY LLP**
Niall P. McCarthy

By:  /s/ Niall P. McCarthy
    Niall P. McCarthy

*Attorneys for Plaintiff City of Los Angeles*

**ATTESTATION**

I, William P. Ashworth, attest that I am one of the attorneys for the Sprint Defendants, and as the ECF user and filer of this document, I attest that the authorization and the concurrence in the filing of this document were obtained from its signatories on August 4, 2021.

Date:   August 4, 2021                                    /s/ William P. Ashworth
                                                                    William P. Ashworth

3

**<u>ORDER</u>**

**IT IS SO ORDERED.**

Dated:  August 5, 2021

_____
Troy L. Nunley
United States District Judge

4